**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00825-LTB-BNB

SHEILA WILLIAMS,

       Plaintiff,

v.

SILVERMAN & BORENSTEIN, PLLC, and
ASSET ACCEPTANCE, LLC,

       Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation to Dismiss Pursuant to Settlement (Doc 20 - filed October 22, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   October 23, 2012